IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RHONDA TALLENT,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

:
:
:
:

Case No. 3:14-cv-109

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14);
APPROVING JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC.
#13); OVERRULING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY
FEES UNDER EAJA, 28 U.S.C. § 2412(d) (DOC. #12); AWARDING
PLAINTIFF $3,300.00 IN EAJA ATTORNEY FEES

---

Based on the reasoning and citations of authority set forth in the Report and Recommendations filed by United States Magistrate Judge Michael J. Newman on March 5, 2015 (Doc. #14), as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court: ADOPTS said judicial filing in its entirety; APPROVES the Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA") (Doc. #13); OVERRULES AS MOOT Plaintiff's Motion for Attorney Fees Under the EAJA, 28 U.S.C. § 2412(d) (Doc. #12); and AWARDS Plaintiff $3,300.00 in EAJA attorney fees.

The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

As no further matters remain pending for review, this case remains TERMINATED on the Court's docket.

Date: March 26, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE